UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ELIZABETH FARRINGTON and CLIVE FARRINGTON,<br><br>Plaintiff(s),<br><br>vs.<br><br>TARGET CORPORATION, and DOES 1 to 50 Inclusive,<br><br>Defendant(s). | Case No.: 2:18-CV-08715-JAK-JEMx<br><br>**ORDER RE STIPULATION OF DISMISSAL (DKT. 38)**<br><br>**JS-6** |

1

Based on a review of the Stipulation of Dismissal ("Stipulation" (Dkt. 38)), good cause has been shown. Therefore, the Stipulation is **GRANTED** as follows:

- This action is dismissed with prejudice.
- Each party shall bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: December 3, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE